■ JUAN VASQUEZ, an Infant, by His Guardian ad Litem, MARIA VASQUEZ, et al., Respondents, v. NEW YORK CITY HOUSING AUTHORITY, Appellant.— Order appealed from is unanimously modified on the law to the extent of deleting therefrom the denial of defendant's motion for summary judgment, and to grant said motion and dismiss the complaint, with costs (see *Robinson v. New York City Housing Auth.*, 8 A D 2d 747, affd. 7 N Y 2d 908). Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.

■ In the Matter of the Construction of the Will of ERASMUS C. LINDLEY, Deceased. EARLHAM COLLEGE, Appellant, BANKERS TRUST COMPANY, as Executor and Trustee under the Will of ERASMUS C. LINDLEY, Deceased, et al., Respondents.— Decree so far as appealed from unanimously affirmed, with costs to all parties filing briefs, payable out of the estate. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ MARGARITA R. LLAMOS et al., Appellants, v. PEDRO VINCENTE et al., Defendants, and MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. MAX MITCHELL.— Motion for leave to appeal as a poor person denied. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ JOSEF TAPAL v. MILTON GOLDWORTH.— Motion for stay denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ BARCLAY COMMERCE CORP. v. ABRAHAM GINKELSTEIN et al.— Motion to have appeal heard on May 24, 1960 or on June 7, 1960, denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ BANCO DEL PAIS, S. A. v. FRANCISCO OVICI et al.— Motion for stay granted and the stay contained in the order to show cause, dated May 5, 1960, is continued pending the hearing and determination of the appeal on condition that the appellant argues or submits the appeal on May 24, 1960. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.